**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 28, 2015.**



In The

# Fourteenth Court of Appeals

---

NO. 14-14-00960-CR
NO. 14-14-00961-CR

---

## EX PARTE CALLIE RENEE INMAN

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 14CR0611 and 14CR0612**

---

## M E M O R A N D U M   O P I N I O N

These appeals were brought from the denial of an application for writ of habeas corpus after the trial court granted the State's motion to revoke bond and increased the bond amounts in each case. In both cases, a supplemental clerk's record was filed on April 7, 2015, containing an order signed by the trial court on February 23, 2015, reducing the bond in each case to the original amount. The record also contains evidence that appellant posted bond in each case on February 23, 2015.

On April 8, 2015, the State notified this Court the appeals are moot and we requested a response from appellant. On April 21, 2015, appellant filed a motion in each case to dismiss these appeals as moot on the grounds appellant's sole issue in these appeals has been resolved. Because appellant has received the relief she sought from this Court, the appeals are moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.). Accordingly, we grant appellant's motion and dismiss both appeals.


PER CURIAM


Panel consists of Justices Christopher, Brown and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b)